HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AURA ROSSI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LAKEWOOD, et al,<br><br>　　　　　Defendants.<br>_____<br>LAKEWOOD FIRE DEPARTMENT, et al,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>CITY OF LAKEWOOD, a municipal corporation of the State of Washington,<br><br>　　　　　Third-Party Defendant. | Case No. C07-5411<br><br>ORDER DENYING LAKEWOOD FIRE DEPARTMENT, KARL ROTH, TED THOMPSON, AND PAUL WEBB'S MOTION TO DISMISS FOR FAILURE TO JOIN THE STATE OF WASHINGTON AS AN INDISPENSABLE PARTY |

THIS MATTER comes before the Court on the motion [Dkt. #43] of Defendant Lakewood Fire Department ("LFD"), Karl Roth, Ted Thompson, and Paul Webb to Dismiss this matter for failure to join the State of Washington and its agency, the Department of Social and Health Services ("DSHS"), as an indispensable party under Rule 12(b)(7) and Rule 19. The Court has reviewed the materials supporting and opposing the motion and has determined that the State of Washington is not an indispensable party.

NOW, THEREFORE, it is hereby ORDERED as follows:

ORDER
Page - 1

That the motion of defendants Lakewood Fire Department, Karl Roth, Ted Thompson and Paul Webb [Dkt. #43] to Dismiss this matter for failure to join the State of Washington and its agency, the Department of Social and Health Services ("DSHS"), as an indispensable party under Rule 12(b)(7) and Rule 19 is **DENIED.**

**IT IS SO ORDERED.**

Dated this 29th day of February, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE