The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AURA ROSSI<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAKEWOOD, et al.<br><br>Defendants. | NO.  C07-5411-RBL<br><br>ORDER RE: MOTION TO DISMISS PURSUANT TO FRCP 4(m)<br><br>Note on Motion Calendar:<br>March 7, 2008 |

This matter having come before the Court upon Defendants Andrew Neiditz, David Bugher, Helen McGovern, and Patrick Finnigan's Motion to Dismiss Pursuant to FRCP 4(m), the Court having considered the following pleadings:

1. Defendants' Motion to Dismiss Pursuant to FRCP 4(m);

2. The declarations of Diana Blakney, Andrew Neiditz, David Bugher, Helen McGovern, and Patrick Finnigan;

**MICHAEL B. TIERNEY, P.C.**
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074

Propsd Order re Defs Neiditz et al,'s Mo re FRCP 4(m) - 1
Cause No. C07-5411-RBL

3. Plaintiff's argument that defendants waived the requirement of service of process;

Having also considered the arguments of counsel for the parties and the file and record herein, it is now hereby:

ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED, and that all of Plaintiff's claims brought against Defendants Andrew Neiditz, David Bugher, Helen McGovern, and Patrick Finnigan are dismissed without prejudice.

Done in open court this 7th day of March, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
MICHAEL B. TIERNEY, P.C.

/s/ Diana V. Blakney
Michael B. Tierney, WSBA No. 13662
Diana V. Blakney, WSBA No. 17629
Attorneys for Defendants Neiditz, Bugher, McGovern, and Finnigan

**MICHAEL B. TIERNEY, P.C.**
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074