The Honorable Ronald B. Leighton

07-CV-05411-ORD

FILED _____ LODGED
_____ RECEIVED

MAR - 7 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AURA ROSSI,
                Plaintiff,

v.

CITY OF LAKEWOOD, a municipal corporation of the State of Washington; ANDREW NEIDITZ, City Manager; DAVID BUGHER, Director of Community Development; HEIDI WACHTER, City Attorney; HELEN MCGOVERN, City Council Member; PATRICK FINNIGAN, City Council Member; LAKEWOOD FIRE DEPARTMENT, aka LAKEWOOD FIRE DISTRICT 2, PAUL WEBB, Chief, Lakewood Fire Department, TED THOMPSON, Fire Marshall, Lakewood Fire Department, KARL ROTH, Assistant Fire Marshal or Fire Marshall, Lakewood Fire Department; JOHN DOE 1; JOHN DOE 2,

                Defendants.

LAKEWOOD FIRE DEPARTMENT, aka LAKEWOOD FIRE DISTRICT 2, PAUL WEBB, Chief, Lakewood Fire Department, TED THOMPSON, Fire Marshall, Lakewood Fire Department, KARL ROTH, Assistant Fire Marshal or Fire Marshall, Lakewood Fire Department,

                Third-Party Plaintiffs,

v.

CITY OF LAKEWOOD, A municipal corporation of the State of Washington,
                Third-Party Defendant

NO. C07-5411-RBL

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS ROTH'S AND THOMPSON'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO EFFECT PROPER SERVICE

ORDER GRANTING ROTH'S AND THOMPSON'S MOT. TO DIS.
C07-5411-RBL
PAGE 1 of 2

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

This matter comes before the Court on the motion of Defendants Karl Roth and Ted Thompson to Dismiss this matter for Plaintiff's failure to effect proper service of the Summons and Complaint.

NOW, THEREFORE, it is hereby ORDERED as follows:

1. That the MOTION of defendants Karl Roth and Ted Thompson to Dismiss this matter for failure effect proper service of the Summons and Complaint is GRANTED;

Dated this 7th day of March, 2008.

_____
Judge Ronald B. Leighton
U.S. District Court Judge

Presented by:

s/ Lindsey Malone Pflugrath
WSBA No. 36964
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, #3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Fax: 206-447-1973
E-mail: lpflugrath@skellengerbender.com
Attorneys for Lakewood Fire Department, Ted Thompson, Karl Roth and Paul Webb.

ORDER GRANTING ROTH'S AND THOMPSON'S MOT. TO DIS.
C07-5411-RBL
PAGE 2 of 2

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501