HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AURA ROSSI,

    Plaintiff,

v.

CITY OF LAKEWOOD, et al,

    Defendants.

Case No. C07-5411RBL

ORDER RE CITY DEFENDANT'S
MOTION TO COMPEL DISCOVERY

THIS MATTER comes before the Court on City Defendant's Motion to Compel Discovery [Dkt. #80]. The Court has reviewed the motion to compel, the Blakney Declaration in Support, and Plaintiff's Response. The Court has considered the arguments of counsel and the file and record herein. It is, therefore:

**ORDERED** that the City Defendant's Motion to Compel Discovery is **GRANTED** as to the damage calculations requested by the defendant and **DENIED** as to the initial disclosure exhibit No. 149. As to that document, plaintiff claims that it does not have possession of a second page and the plaintiff cannot produce that which it does not have.

Plaintiff shall produce the damages calculations within ten (10) days of the entry of this Order. Both parties' request for attorney fees in bringing and defending this motion are **DENIED**.

DONE IN OPEN COURT this 6th day of May, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1