THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AURA ROSSI,

        Plaintiff,

vs.

CITY OF LAKEWOOD et. al.

        Defendant.

Case No.: 07-5411 RBL

ORDER GRANTING DISMISSAL OF CITY OF LAKEWOOD'S INDEMNITY CLAIM

## I.    ISSUE

Pending before the Court is Defendant State of Washington Department of Social and Health Services' Motion to Dismiss (Dkt. #103).  The State of Washington argues that indemnity claims by fourth-party Plaintiff City of Lakewood (Dkt. #92) are barred by the Eleventh Amendment.  (Mot. to Dismiss, 2.)  The City does not oppose the motion, but requests dismissal without prejudice. (Resp., 1) (Dkt. #111).

## II.    ORDER

The State of Washington's Motion to Dismiss (Dkt. #103) is **GRANTED**.  Dismissal is without prejudice.

Dated this day1st of July, 2008

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE