HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AURA ROSSI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LAKEWOOD, a municipal corporation of the State of Washington; LAKEWOOD FIRE DEPARTMENT aka LAKEWOOD FIRE DISTRICT 2, PAUL WEBB, Chief, Lakewood Fire Department, JOHN DOE 1; JOHN DOE 2, <br><br> Defendants. <br><br> LAKEWOOD FIRE DEPARTMENT aka LAKEWOOD FIRE DISTRICT 2, PAUL WEBB, Chief, Lakewood Fire Department, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> CITY OF LAKEWOOD, a municipal corporation of the State of Washington, <br><br> Third-Party Defendant. | Case No. C07-5411RBL <br><br> ORDER |

THIS MATTER comes before the above-entitled Court on Plaintiff's Motion for Partial Summary Judgment on Liability [Dkt. #123] and LFD Defendants' Motion to Strike Plaintiff's Motion for Partial Summary Judgment [Dkt. #124]. The Court has reviewed both motions and is familiar with the factual and

ORDER
Page - 1

legal issues raised in said motions. Oral argument is not necessary to decide these motions.

It is clear from a reading of plaintiff's motion for partial summary judgment that there exist numerous issues of fact which are genuine and material to the questions of liability in this case. It is also clear that plaintiff's motion was filed after the deadline established by this Court. For these reasons, the Plaintiff's Motion for Partial Summary Judgment on Liability [Dkt. #123] is **DENIED** and LFD Defendants' Motion to Strike [Dkt. #124] is **GRANTED**.

DATED this 18th day of August, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE