The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AURA ROSSI,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LAKEWOOD, a municipal corporation of the State of Washington; LAKEWOOD FIRE DEPARTMENT, aka LAKEWOOD FIRE DISTRICT 2, PAUL WEBB, Chief, Lakewood Fire Department, JOHN DOE 1; JOHN DOE 2,<br><br>        Defendants.<br><br>LAKEWOOD FIRE DEPARTMENT, aka LAKEWOOD FIRE DISTRICT 2, PAUL WEBB, Chief, Lakewood Fire Department,<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>CITY OF LAKEWOOD, A municipal corporation of the State of Washington,<br><br>        Third-Party Defendant | NO. CV 07-5411-RBL<br>CV 08-5244-RBL<br><br>ORDER GRANTING THE RENEWED MOTION FOR SUMMARY JUDGMENT AND DISMISSING ALL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AGAINST THE LAKEWOOD FIRE DEPARTMENT DEFENDANTS AND THE CITY OF LAKEWOOD |

This matter came before the Court on the Renewed Motion for Summary Judgment by all of the Lakewood Fire Department Defendants, and the Joinder in the Renewed Motion for Summary Judgment by the City of Lakewood. The Renewed Motion for Summary Judgment and the joinder by the City sought dismissal of all of Plaintiff's claims against all Defendants.

ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE
C07-5411-RBL; C08-5244-RBL
PAGE– 1

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10823 00101 kg251201

Defendants Lakewood Fire Department and Paul Webb appeared through counsel, Lindsey Pflugrath, of Skellenger Bender, PS. The City of Lakewood appeared through counsel, Diana Blakney, of Michael B. Tierney, P.C. Ms. Aura Rossi, Plaintiff, appeared through counsel, Lonnie Davis of the Disabilities Law Project.

The Court, having considered the court file and the following pleadings:

1. Renewed Motion for Summary Judgment by the Lakewood Fire Department defendants;

2. Declaration of Lindsey Pflugrath in Support of the Renewed Motion for Summary Judgment by the Lakewood Fire Department defendants;

3. Declaration of Karl Roth in Support of Renewed Motion for Summary Judgment by the Lakewood Fire Department defendants;

4. Declaration of David Bugher;

5. Declaration of Joyce Pashley Stockwell.

6. Reply in Support of the Renewed Motion for Summary Judgment by the Lakewood Fire Department Defendants;

And the Court being fully advised, the Court finds that the Plaintiff acknowledged in open court on September 4, 2008 that Plaintiff knowingly and purposefully did not respond to the Renewed Motion for Summary Judgment by the Lakewood Fire Department defendants and the Court therefore ORDERS that the Lakewood Fire Department Defendant's Motion for Summary Judgment is GRANTED and all causes of action alleged against Defendants Lakewood Fire Department defendants are DISMISSED with prejudice.

With regard to the City of Lakewood's Joinder in the Renewed Motion for Summary Judgment, the Court, having considered the court file and the following pleadings:

1. City of Lakewood's Joinder in the Renewed Motion for Summary Judgment by the Lakewood Fire Department and Paul Webb;

ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE
C07-5411-RBL; C08-5244-RBL
PAGE– 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10823 00101 kg251201

2. City of Lakewood's Joinder in the Reply in Support of the Renewed Motion for Summary Judgment by the Lakewood Fire Department and Paul Webb;

And the Court being fully advised, the Court finds that, the Plaintiff failed to respond to the City's Joinder in the Renewed Motion for Summary Judgment in accordance with the time requirements contained within the Local Rules, that Plaintiff offered no cognizable reason for its failure to respond in a timely manner, and furthermore, there is no indication whatsoever in the Court's Docket that Plaintiff sought leave of this Court to file a response to this Joinder by the City to the Summary Judgment Motion out of time. The only attempt by the Plaintiff to seek leave of Court to file a response to the City's Joinder in the Lakewood Fire Department Defendants' Motion was made in open Court on the date for which argument on the Motion had been noted, September 4, 2008. This argument date was set by the Court on August 19, 2008, seventeen days in advance of the scheduled hearing. There is no indication in the Court's Docket that Plaintiff's counsel sought leave to file a Response during the seventeen-day interval between the date on which the hearing on the motion was set and the date on which the argument actually took place.

The Court finds that under these circumstances, granting the Plaintiff additional time to respond would prejudice the City. Accordingly, the Court ORDERS that the City of Lakewood's Joinder in the Motion for Summary Judgment is GRANTED and all causes of action alleged against the City of Lakewood are DISMISSED with prejudice.

This Order shall be a final order dismissing all claims in this action against all Defendants, with prejudice. The Defendants shall be entitled to file a bill of costs, as authorized by law.

ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE
C07-5411-RBL; C08-5244-RBL
PAGE– 3

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10823 00101 kg251201

Dated this 11th day of September, 2008.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lindsey Malone Pflugrath
WSBA No. 36964
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, #3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Fax: 206-447-1973
E-mail: lpflugrath@skellengerbender.com
Attorneys for Lakewood Fire Department and Paul Webb.

   /s/ Diana V. Blakney
Michael B. Tierney, WSBA No. 13662
Diana V. Blakney, WSBA No. 17629
Attorneys for Defendants City of Lakewood, and Heidi Wachter,
Michael B. Tierney, P.C.
2955 80th Ave S.E., Suite 205
Mercer Island, WA 98040
Telephone: 206-232-3074
Facsimile: 206-232-3076
Email: blakney@tierneylaw.com

ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE
C07-5411-RBL; C08-5244-RBL
PAGE– 4

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

10823 00101 kg251201