# United States District Court

WESTERN DISTRICT OF WASHINGTON

AURA ROSSI,  
    v.  
CITY OF LAKEWOOD, et al

JUDGMENT IN A CIVIL CASE

LAKEWOOD FIRE DEPARTMENT  
    v.  
CITY OF LAKEWOOD, et al.,

CASE NUMBER: CV07-5411 RBL  
CV08-5244 RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court finds that granting the Plaintiff additional time to respond to the Joinder in the Motion for Summary Judgment would prejudice the City.  The Court ORDERS that the City of Lakewood's Joinder in the Motion for Summary Judgment is GRANTED.  All causes of action alleged against the City of Lakewood are DISMISSED with Prejudice.

All claims in this action against all Defendants are DISMISSED with prejudice.  
The Defendants shall be entitled to file a bill of costs as authorized by law.

DATED :     *September 16, 2008*

                                      BRUCE  RIFKIN  
                                    *Clerk*

                                      /s/   Jean Boring  
                                    *(By) Deputy Clerk*, Jean Boring