THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AURA ROSSI,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF LAKEWOOD, et al.<br><br>                Defendants. | NO. C07-5411-RBL<br><br>ORDER GRANTING STATE DEFENDANTS' REQUEST TO STRIKE MOTION |

This matter has come before the Court on The State of Washington's request to withdraw without prejudice its Motion for Vacatur of Order [Dkt. #153]. The State of Washington's motion is **GRANTED**. It is **ORDERED** that the Motion is hereby stricken without prejudice.

DATED this 29th day of October, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE